ACCEPTED
03-14-00360-CV
6820575
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/8/2015 10:51:48 AM
JEFFREY D. KYLE
CLERK

# O'HANLON, McCOLLOM & DEMERATH

### ATTORNEYS AND COUNSELORS AT LAW

808 WEST AVENUE
AUSTIN, TEXAS 78701
TELEPHONE: (512) 494-9949
FACSIMILE: (512) 494-9919

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

9/8/2015 10:51:48 AM

JEFFREY D. KYLE
Clerk

**KEVIN O'HANLON**
CERTIFIED, CIVIL APPELLATE
CERTIFIED, CIVIL TRIAL

**LESLIE McCOLLOM**
CERTIFIED, CIVIL APPELLATE
CERTIFIED, LABOR AND EMPLOYMENT
TEXAS BOARD OF LEGAL SPECIALIZATION

**JUSTIN DEMERATH**

September 8, 2015

*Via efile.txcourt.gov*
Liz Talerico, Deputy Clerk
Jeffrey D. Kyle, Clerk
Court of Appeals
Third District Court of Appeals
P.O. Box 12547
Austin, Texas 78711

RE:      Court of Appeals Number:          03-14-00283-CV; 03-14-00360-CV
         Trial Court Case Number:           D-1-GN-14-000672

STYLE:   Texas Education Agency and Michael L. Williams, Commissioner of Education, in his Official Capacity v. American Youthworks, Inc., d/b/a American Youthworks Charter School

         Texas Education Agency and Michael L. Williams, Commissioner of Education, in his Official Capacity v. American Youthworks, Inc., d/b/a American Youthworks Charter School; Honors Academy, Inc., d/b/a Honors Academy Charter School and Azleway Charter School

Ms. Talerico,

       In response to your September 2, 2015 notice in the above referenced proceedings, this letter will serve as confirmation of my appearance on September 24, 2015 at 9:00 A.M. to present oral argument on behalf of Honors Academy, Inc., d/b/a Honors Academy Charter School.

Thank you for your attention to this matter.

Sincerely,

Kevin O'Hanlon

CC:     *By E-Filing Notification*

Ms. Shelley N. Dahlberg
Assistant Attorney General
General Litigation Division
**Counsel for Texas Education Agency and Michael L. Williams, Commissioner of Education**

Robert A. Schulman
Schulman, Lopez, Hoffer & Adelstein, LLP
**Counsel for American YouthWorks, Inc. d/b/a American YouthWorks Charter School**

Ms. Susan G. Morrison
The Fowler Law Firm, PC
**Counsel for Azleway Charter School**